## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF
PENNSYLVANIA, EX REL. TRACY A.
JORDAN,

          Petitioner

        v.

THOMAS S. MCGINLEY,
SUPERINTENDENT, SCI COAL
TOWNSHIP,

          Respondent

: No. 50 EM 2023

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2023, the Application for Leave to File Original Process is GRANTED. The "Petition for Writ of Mandamus or Habeas Corpus (pursuant to 42 Pa.C.S. § 726)," the "Application for Stay and Transfer," and the "Motion for Speedy Disposition or Leave to File Supplemental Petition" are DENIED.